NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. REED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 5:19-cv-05846-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Paul A. Reed ("Plaintiff"), through the undersigned counsel, and in support of his Notice of Voluntary Dismissal Without Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this action is voluntarily dismissed without prejudice against the Defendant, Midland Credit Management, Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment. Plaintiff anticipates filing a notice of voluntary dismissal within 45 days and respectfully requests that this Court suspend or vacate all deadlines in anticipation of the complete dismissal of this case.

Dated: October 21, 2019                        Respectfully submitted,

                                               By: /s/ Nicholas M. Wajda

| | |
|---|---|
| 1 | Nicholas M. Wajda, Esq. |
| 2 | WAJDA LAW GROUP, APC |
| | 6167 Bristol Parkway, Suite 200 |
| 3 | Culver City, California 90230 |
| | Telephone: (310) 997-0471 |
| 4 | Facsimile: (866) 286-8433 |
| | Email: nick@wajdalawgroup.com |