NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL A. REED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 5:19-cv-05846-BLF<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Paul A. Reed ("Plaintiff"), through the undersigned counsel, and in response to this Court's Order Requesting Clarification re ECF 11, states as follows:

Plaintiff has resolved this civil action against Defendant, Midland Credit Management, Inc. Plaintiff filed his Notice of Voluntary Dismissal Without Prejudice (Dkt. 11) ("Notice") to alert this Honorable Court of this fact and intended his Notice to serve as a prophylactic measure to both vacate any current dates set by this Court and to prevent future dates to be set – given the pending resolution of this civil action. As further clarification, Plaintiff intended to say "Plaintiff anticipates filing a notice of voluntary dismissal [with prejudice] within 45 days . . ." upon the execution and exchange of paperwork with Defendant, Midland Credit Management, Inc.

Dated: October 25, 2019                                     Respectfully submitted,

1

By: /s/ Nicholas M. Wajda
Nicholas M. Wajda, Esq.
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
Email: nick@wajdalawgroup.com